Your honor, I am writing you this letter on behalf of my husband, Gaetano Fatato. When I met my husband he was a gentle, kind + caring man. He had recently been released from prison and was optimistic about making a secure life for himself and his son. He opened a pizzeria with his brother and was working diligently to get business going. We became friends and eventually fell in love. I was able to see past his prior mistakes and see him as an adoring partner + father. But he made a very bad choice. I was in total ~~disbe~~ disbelief when I found out what he had done and still don't understand why he took such a great risk. Even so I stuck by him, foolish or not, not fully understanding his charges.

However since his arrest he dedicated himself to the choice of changing his life + cooperated with several law enforcement agencies, as you ~~know~~ are aware. He worked round the clock with the government and still managed to open 2 successful businesses and proved he now knew legitimate money was the only way. I was very proud. We

got married and had 2 beautiful children. a girl, then a boy.

At that time, I did not know he was cooperating. Apparently he was not aloud to tell me. But I genuinely trusted guy only wanted to make things right for himself and our family, and here I sit today waiting to enter WITSEC in great fear of my families saftey.

Your honor, I know my husband has made tremendous + inexcuseable mistakes but I also know that it has changed and saved his life. I am actually greatful he got caught, and believe he is too. Anyhow, he is a good man in Sept. 2006 he gave his brother his left kidney, who was dying of kidney failure at age 30 due to a physicians oversight. Guy saved his life bravely when none of thier other 5 siblings where willing. Someone selfish and incapable of doing the right thing would not have done that especially someone with 2 children and one on the way. Guy has learned a great deal from all of this. He has done everything in his reach to right

wrongs an repent, risking his life everyday for the past 5 years + the future ahead.

    Our children are now 2 + 3 and my stepson will be 13 come march. My stepson is not with us, which is extreamly emotionally difficult. We have not seen him in a year and a 1/2. We have all given up so much, our lives, home, near + dear. Everyone left behind is also paying such a great consequence. Our kids are all showing the effects of this drastic change, and above all guy committed a crime of a non-violent nature and everyday we fear for our lives. Guy is a very loving and devoted father he attends mommy + me classes never missed a school play or sports even even volenteered to coach his sons pee wee football team. I am so scared. After loosing our whole family and my stepson the kids nor I can't handle anymore loss. Especially if it where guy.

    Another issue, other than safty is what will become of our 2 toddlers and my self if we must go into

WITSEC alone. It will be nearly impossible to raise a stable family in a strange place alone as a single mother without the support of family or friends. We will know not a sole, mentally and financial it will be so difficult. I will work to pay for daycare, how will we eat + have shelter. The marshals only help for six months. All I want is to salvage a healthy future for my kids after all we have gone through already in order to raise quality human beings, and that all stems from childhood. Look thier father is not a common street thug. He is an adoring husband + father and essentail for our families prosperity.

    I would like to take the opportunity now to thank you, your honor. Thank you for giving Guy bail so that he could cooperate first off. It has truly changed ~~his ways into better ones~~ his life and being for the best. We count our blessings everyday for our precious children who would not be here without his

bail. But most of all for teaching ~~guy~~ guy that no crime or risk great or small will ever be worth it again. We are already serving a life sentence as a family that started Sept 8, 2007 ~~ooo~~ at 4:45 a.m. when we were taken from our home, and still I support my husband, because I believe in him and know he has learned his lesson even if it was the hardest way. Please your honor have mercy on my husband come his sentencing, that is all I ask. We have ALL given up so much already. I know I can not justify to you or even to myself what he has done, although I have come to terms with it, but again I plead for your mercy. There are small children at stake here. After all they have lost, to loose thier dad now will be permanently scarred. They are so confused already. As for me, I am running out of stamina it has been such a long hard road already. I have ambivelence about going it alone, but there is no other alternative for us. ~~[scribbled out]~~

Thank you for your time and patience. My intent is only to be in support of Guy and for you to understand how this is effecting our humble family as a unit. Guy has gone to great lengths to repent, I hope that we can be together as a family after January 7. As well as I hope to be there provided the agents deem it be safe for me and my 2 toddlers to attend at sentencing.

Respectfully,
January M. Fatato